UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
October 27, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR RIOS-BELTRAN<br><br>Defendant. | Case No. 2:22-mj-0150 DB<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>VICTOR RIOS-BELTRAN</u> Case No. <u>2:22-mj-0150 DB</u> Charges <u>21 USC § 841(a)(1)</u> from custody for the following reasons:

\_\_\_\_\_   Release on Personal Recognizance

\_\_\_\_\_   Bail Posted in the Sum of $ _____

**x**   Secured Appearance Bond $   <u>$200,000</u>
partially secured by available equity in the residence and the remaining balance to be unsecured and co-signed by Nanci Gonzalez-Rios and Fabian Gonzalez.

\_\_\_\_\_   Appearance Bond with 10% Deposit

\_\_\_\_\_   Appearance Bond with Surety

\_\_\_\_\_   Corporate Surety Bail Bond

(Other): <u>Defendant's release DELAYED until</u>

**x**   <u>10/28/2022 at 9:00 AM to be transported by the USM</u>

<u>to the Marshal's lockup.</u>

Issued at Sacramento, California on October 27, 2022 at 2:00 PM

By:   *Carolyn K. Delaney*
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE